UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Jennifer Balzum v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10224-DRH |
| *Molly Blanchette v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11651-DRH |
| *Samantha Bowers v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12609-DRH |
| *Vianna Cottrell, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13331-DRH |
| *Yolanda Dawkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11735-DRH |
| *Anne Farlow, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10495-DRH |
| *Alison Garlock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11574-DRH |
| *Sandra Gilbert v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12096-DRH |
| *Andrea Grillette, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13679-DRH |
| *Amy Heinrich v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12122-DRH |
| *Audra Hill, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10447-DRH |
| *Elizabeth Holshue, et al. v. Bayer HealthCare* | No. 11-cv-12408-DRH |

| | |
|---|---|
| *Pharmaceuticals Inc., et al.* | |
| *Jodi Hurst, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12610-DRH |
| *Kimberly Ann Janysek v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13689-DRH |
| *Julie Lamont, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11677-DRH |
| *Mary Lockerbie v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13338-DRH |
| *Kristina Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12218-DRH |
| *Nisha Mohindra v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11553-DRH |
| *Jennifer Pacheco v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11812-DRH |
| *Debra Radley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11680-DRH |
| *Sara Sandley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12155-DRH |
| *Ralea Sluga v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12113-DRH |
| *Vanessa Swift v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12075-DRH |
| *Kimberly Welty v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13598-DRH |
| *Teri Wilson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11819-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 20, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                NANCY J. ROSENSTENGEL,
                                                CLERK OF COURT

                                                BY:  /s/*Sara Jennings*
                                                            Deputy Clerk

**Dated:**  February 21, 2014

Digitally signed by David R. Herndon
Date: 2014.02.21 08:00:38 -06'00'

**APPROVED:**
       **CHIEF JUDGE**
       **U. S. DISTRICT COURT**

3